ELWOOD McGINNIS, RELATOR, v. CITY OF ATLANTIC CITY. RESPONDENT.

Argued October 7, 1924—Decided December 4, 1924.

**Ordinances—Jitney Permits—Argument to Show That Withholding Permits Had Become an Abuse—Issuing Permit Not Merely Ministerial Act.**

On *mandamus.* On rule to show cause.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Cole & Cole.*

For the respondent, *Joseph B. Perskie.*

PER CURIAM.

A rule to show cause was allowed on this case, on the 11th day of June, 1924, why a *mandamus* should not issue directed to the board of commissioners of the city of Atlantic City, New Jersey, requiring them to issue to the relator a permit or consent to drive a public jitney in Atlantic City pursuant to the statute. The ordinance of the city under which the license is sought was passed in pursuance of the authority granted in *Pamph. L.* 1917, *p.* 145, *ch.* 78. It is conceded there is a discretion rested in the governing body on this subject, but it is argued there has been a palpable abuse of such discretion in refusing a permit to the relator.

It would serve no useful purpose to pursue the subject at length in view of the exhaustive arguments made, both orally and in the briefs of the respective counsel. It is sufficient to say that we think the case is controlled by that of *Zellers* v. *City Council of the City of Bridgeton, 2 N. J. Adv. R.* 42 (at *p.* 958). The granting and issuing of licenses or permits for such purposes are not purely ministerial acts.

The writ is denied and the rule to show cause is discharged.